

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-22-00354-CV

---

FUZZY'S INDUSTRIAL MAINTENANCE AND MANUFACTURE, L.P., APPELLANT

V.

TRINDA LOPEZ AND FRANK HOPSON, APPELLEES

---

On Appeal from the 84th District Court
Hutchinson County, Texas
Trial Court No. 44416, Honorable Cecil Puryear, Presiding

---

January 13, 2023

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Fuzzy's Industrial Maintenance and Manufacture, L.P., appeals from the trial court's *Final Judgment*. Now pending before this Court is Appellant's unopposed motion seeking voluntary dismissal of the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion does not reflect an agreement

of the parties concerning the payment of costs, costs will be taxed against Appellant. *See* TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam